UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | No. 24-80991 |
| Nathalie D. Jackson, | ) | Judge Thomas M. Lynch |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

## NOTICE OF MOTION

To: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **August 8, 2024** at **9:00 AM**, I will appear before the Honorable Thomas M. Lynch, or any judge sitting in that judge's place, either in **Courtroom 3100** of the **Stanley J. Roszkowski United States Courthouse, 327 S. Church Street, Rockford, IL 61101**, **or** electronically as described below, and present the motion of **Debtor** to **Extend the Automatic Stay**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and passcode.** The meeting ID for this hearing is: **160 291 5226 and the passcode is 852255**. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ Vaughn White
Vaughn White
VW LAW LLC
Attorney for Debtor(s)
1700 Park St, Suite 203
Naperville, IL  60563
630-429-9010
vaughn@vaughnwhite.com
ARDC # 6198291

1

CERTIFICATE OF SERVICE

      I, Vaughn A. White, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 1, 2024.

                                                    /s/ Vaughn White
                                                    Vaughn White

## Notice Recipients

District/Off: 0752−3    User: admin    Date Created: 7/24/2024
Case: 24−80991    Form ID: 309I    Total: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Nathalie D Jackson | 611 W Menominee St    Belvidere, IL 61008 |
| ust | Patrick S Layng | Office of the U.S. Trustee, Region 11    780 Regent St.    Suite 304    Madison, WI 53715 |
| tr | Lydia Meyer | Lydia Meyer − 13 Trustee    P.o. Box 14127    Rockford, IL 61105−4127 |
| aty | Vaughn A White | Vw Law LLC    1700 Park St    Suite 203    Naperville, IL 60563 |
| 30944856 | Affirm, Inc. | Attn: Bankruptcy Attn: Bankruptcy    650 California St , Fl 12    San Francisco, CA 94108−2716 |
| 30944857 | Avant/WebBank | 222 North LaSalle Street Suite 1600    Chicago, IL 60601 |
| 30944858 | Capital One | PO Box 30285    Salt Lake City, UT 84130 |
| 30944859 | Capital One Auto Finance | Attn: Bankruptcy 7933 Preston Rd    Plano, TX 75024−2302 |
| 30944860 | Chase Card Services | Attn: Bankruptcy P.O. 15298    Wilmington, DE 19850 |
| 30944861 | Citibank/Best Buy | Citicorp Cr Srvs/Centralized Bankruptcy    PO Box 790040    St Louis, MO 63179−0040 |
| 30944862 | Citibank/The Home Depot | Citicorp Cr Srvs/Centralized Bankruptcy    PO Box 790040    St Louis, MO 63179−0040 |
| 30944863 | Discover Financial | PO Box 3025    New Albany, OH 43054 |
| 30944865 | Internal Revenue Service | Centralized Insolvency Operation    Post Office Box 7346    Philadelphia, PA 19101 |
| 30944864 | Internal Revenue Service | PO Box BOX 7317    Philadelphia, PA 19101 |
| 30944866 | Kohls/Capital One | Attn: Credit Administrator    PO Box 3043    Milwaukee, WI 53201−3043 |
| 30944867 | LoanDepot | Attn: Bankruptcy 26642 Towne Center    Foothill Ranch, CA 92610 |
| 30944868 | Macys/fdsb | Attn: Bankruptcy 9111 Duke Boulevard    Mason, OH 45040 |
| 30944869 | Mariner Finance, LLC | Attn: Bankruptcy 8211 Town Center Drive    Nottingham, MD 21236 |
| 30944870 | Marinosci Law Group | 2215 Enterprise Drive 1512    Westchester, IL 60154 |
| 30947240 | Quantum3 Group LLC as agent for | Aqua Finance Inc    PO Box 788    Kirkland, WA 98083−0788 |
| 30944871 | Synchrony Bank/Lowes | Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896 |
| 30944872 | Upgrade, Inc. | 275 Battery St    San Francisco, CA 94111 |
| 30944873 | VW LAW LLC | 1755 Park St Suite 200    Naperville, IL 60563 |
| 30944874 | Wells Fargo Bank NA | Attn: Bankruptcy 1 Home Campus MAC X2303    Des Moines, IA 50328 |

TOTAL: 24

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.    24-80991 |
| NATHALIE D. JACKSON, ) | |
|     Debtor ) | Chapter 13 |
| ) | Judge Thomas M. Lynch |

**MOTION TO EXTEND THE AUTOMATIC STAY**

NOW COMES the Debtor, Nathalie D. Jackson, by Counsel Vaughn A. White, and moves this Court to extend the automatic stay pursuant to 11 U.S.C. §§. 105 and 362(c)(3). In support of this Motion, the Debtor respectfully states and alleges as follows:

1. On July 22, 2024, Debtor filed a Chapter 13 Petition.

2. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

3. Debtor filed a previous Chapter 13 case under case, 23-80943, on August 8, 2023. That case was dismissed on October 5, 2023 after the trustee filed a motion to dismiss for failure to make plan payments and for failure to attend the 341 meeting.

4. In the previous case, Debtor had several personal issues in her family and did not properly focus on case as she should have at the time.

5. Debtor now realizes that full participation and prompt payment are required for a successful Chapter 13 case.

6. Debtor has already had several calls and meetings with her attorney in preparation for this Chapter 13 case.

7. Debtor has already tendered all 341 documents to her attorney.

8. Debtor believes she has enough disposable income to make all plan payments.

9. Debtor plans to tender the first month's plan payment to the Chapter 13 Trustee by the time this matter comes for hearing.

10. Debtor is filing this motion in good faith and not for the sake of unreasonable delay.

WHEREFORE, Debtor prays this Honorable Court Extend the Automatic Stay as to all creditors until such time as the stay is lifted by a party in interest as to that party only following notice and a hearing or such time as this case is dismissed or discharged; and for such other and further relief that this Court deems just and proper.

Respectfully Submitted,

*/s/ Vaughn A. White*
Vaughn A. White
Attorney for Debtor(s)

Vaughn A. White
Illinois ARDC # 6198291
White Law Offices, PC
Attorney for Debtor(s)
1700 Park St, Suite 203
Naperville, IL  60563
630-429-9010
vaughn@vaughnwhite.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: )
) Case No. 24-80991
NATHALIE D. JACKSON, )
    Debtor ) Chapter 13
) Judge Thomas M. Lynch

**DEBTOR'S AFFIDAVIT IN SUPPORT OF
MOTION TO EXTEND THE AUTOMATIC STAY**

I, Nathalie D. Jackson, having been sworn under oath, do state and aver the following:

1. My name is Nathalie D. Jackson.
2. I filed a prior bankruptcy case within the previous twelve months.
3. My prior case, 23-80943 was filed on August 8, 2023 and dismissed on October 5, 2023 for failure to make plan payments and for failure to attend the 341 meeting.
4. In the previous case, Debtor had several personal issues in her family and did not properly focus on case as she should have at the time.
5. I filed my second case on July 22, 2024.
6. I now realize that I must fully participate in my case
7. I also realize that I must make and will make prompt payment for the success of my Chapter 13 case.
8. I have already had several calls and meetings with my attorney in for this case.
9. I have already tendered all required 341 documents to my attorney.
10. I have enough disposable income to make all of my plan payments.
11. I will have tendered the first month's plan payment to the Chapter 13 Trustee by the time this matter comes for hearing.
12. I am filing this case in good faith and am able to proceed with the Chapter 13 plan of reorganization.

                                              Further Affiant sayeth naught.

                                              _/s/ Nathalie D. Jackson_
                                              Nathalie D. Jackson

Subscribed and sworn to before me this 31st day of July, 2024.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JHOSELIN VALADEZ
Notary Public, State of Illinois
Commission No. 759329
My Commission Expires December 18, 2027